IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

LEONARD JACOB BOYD,

        Plaintiff,

    v.

D. SCHMIDT, et al.,

        Defendants.

No. 1:12-cv-564-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Report and Recommendation, so I have reviewed this matter de novo. I agree with Magistrate Judge Clarke that plaintiff failed to prosecute this action and failed to comply with a court order. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#116) is adopted. Defendants' motions to dismiss for failure to prosecute (##88, 94), and for failure to comply with a court order (##100, 102) are granted. Defendants' motion to quash subpoena (#110) is granted, and plaintiff's motions for subpoena duces tecum (##104, 106, 112, and 114) are denied.

IT IS SO ORDERED.

DATED this \_1st\_ day of May, 2014.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER